# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Karli Louise Dailey**
   Plaintiff(s)
vs.           **CASE NUMBER: 5:22-cv-655 (TJM)**

**Commissioner of Social Security**
   Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Commissioners motion for judgment on the pleadings, (Dkt. No. 11), is DENIED, and Plaintiffs motion for judgment on the pleadings, (Dkt. No. 9), is GRANTED. The decision of the Commissioner is VACATED, and the matter is REMANDED for further administrative proceedings consistent with this decision.

All of the above pursuant to the order of the Honorable Thomas J. McAvoy, dated the 19th day of April, 2023.

DATED: April 19, 2023

*[signature]*
Clerk of Court

            s/Kathy Rogers
            Deputy Clerk